Certificate Number: 03261-WAW-CC-006719470

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 13, 2009 , at 11:00 o'clock AM PDT ,

Denise M Foster received from

ClearPoint Financial Solutions, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Washington , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted in person .

Date: April 13, 2009    By _____

Name  Richard Buquing

Title  Financial Specialist

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).