Honorable Judge Thomas T. Glover
Chapter 7
Hearing Location: Marysville

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN WASHINGTON DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE<br><br>RICKY B FOSTER AKA RICK FOSTER AND<br>DENISE M FOSTER AKA DENISE MACY<br><br>DEBTORS. | No.: 09-13500-TTG<br><br>AFFIDAVIT IN SUPPORT OF<br>MOTION FOR RELIEF FROM STAY<br>BY JPMORGAN CHASE BANK, NATIONAL<br>ASSOCIATION |

STATE OF ___Florida___ )
                                        ) ss.
COUNTY OF ___Duval___ )

I, ___Pol Villanueva___ the undersigned, being first duly sworn on oath deposes and says:

1. I am of legal age, not a party to the above captioned action, and competent to be a witness.

2. I am employed by JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA ( JPMorgan Chase Bank ) as a ___Specialist___. I am familiar with the process by which JPMorgan Chase Bank maintains its loan records and evaluates status based upon those records. I personally know that the records kept are in the course of regularly conducted business and are a matter of the business routine. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded. The records maintained provide information regarding the status of amounts due on the loan, payments made by the borrower, advances made on behalf of the borrowers, and ownership of the obligation.

3. Washington Mutual Bank, a Washington Corporation (n/k/a JPMorgan Chase Bank) was the original note holder of the debtor s loan. A true and correct copy of the note is attached hereto as Exhibit A and is incorporated herein by reference.

Affidavit in Support of Motion for Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

4. The security interest in the real property that is the subject of this motion is based upon a Deed of Trust executed by Debtor on or about August 17, 2003 in favor of Washington Mutual Bank, a Washington Corporation (n/k/a JPMorgan Chase Bank). The Deed of Trust created the lien on the property located at 16620 34th Street NE, Snohomish, WA 98290. The Deed of Trust was recorded on August 26, 2003 under Snohomish County recording number 200308260451. A true and correct copy of the recorded Deed of Trust is attached hereto as Exhibit B and is incorporated herein by reference.

5. JPMorgan Chase Bank s records on the loan that is the subject of present motion reflect that the loan is contractually due for payments owed on and after October 1, 2008. The monthly payment amount is currently $1,569.49. Late charges accrue at $56.55 per month.

6. The Principal Balance due on the loan is $141,853.79.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF ____Florida____ THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT

Dated this _8th_ day of __MAY__, 2009.

_____
JPMorgan Chase Bank, National Association
By: Pol Villanueva
Its: Specialist

Executed this _8th_ day of _MAY 09_
At _Jacksonville_ _Florida_
Subscribed and Sworn before me this _8th_ day of _MAY_, _09_

_____
Notary Public:
State of
My Commission Expires:

DEBORAH A. MCNULTY
Notary Public - State of Florida
My Comm. Expires Jan 30, 2011
Commission # DD 851452
Bonded Through National Notary Assn.

Affidavit in Support of Motion for Relief from Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131