| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Thomas T. Glover<br>Chapter 7<br>Hearing Location: Marysville<br>Hearing Date: June 24, 2009<br>Hearing Time: 9:30 am<br>Response Date: June 17, 2009 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Ricky B Foster aka Rick Foster<br>Denise M Foster aka Denise Macy<br><br>              Debtors. | No.: 09-13500-TTG<br><br>CERTIFICATE OF NO OBJECTIONS |

The undersigned attorney for applicant, represents to the Court as follows:

1. That a copy of the Notice of Motion for Relief From Stay and Motion for Relief From Stay by JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA were mailed, first class postage pre-paid or served electronically, to each name and address as set forth in the previously filed certificate of mailing.

2. That no objections have been served upon the undersigned nor to the best of my knowledge have any objections been filed in the Office of the Clerk within the time set forth in the Notice.

3. That the applicant herein is entitled to the relief requested and the motion filed herein should be approved.

4. A proposed order granting the motion is lodged herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this   19   day of   June  , 2009.

   /s/ Lance E. Olsen, WSBA# 25130 for
James K. Miersma, WSBA# 22062
Attorney for Creditor

Certificate of No Objections
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, STE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-13500-TTG    Doc 13    Filed 06/19/09    Entered 06/19/09 08:12:57    Page 1 of 1