| ROUTH CRABTREE OLSEN, P.S.<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Thomas T. Glover<br>Chapter 7<br>Hearing Location: Marysville<br>Hearing Date: June 24, 2009<br>Hearing Time: 9:30 am<br>Response Date: June 17, 2009 |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>Ricky B Foster aka Rick Foster<br>Denise M Foster aka Denise Macy<br><br>Debtors. | No.: 09-13500-TTG<br><br>ORDER GRANTING RELIEF FROM STAY<br>To JPMorgan Chase Bank, National Association,<br>as purchaser of the loans and other assets of<br>Washington Mutual Bank, formerly known as<br>Washington Mutual Bank, FA |
|---|---|

This matter came before the Court upon JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA's motion and further as to the property located at 16620 34th Street NE, Snohomish, Washington 98290 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-13500-TTG    Doc 14    Filed 06/19/09    Entered 06/19/09 08:13:50    Page 1 of 2

as to enforcement of the deed of trust that is the subject of JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

U.S. Bankruptcy Judge Thomas T. Glover

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Lance E. Olsen, WSBA# 25130 for
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-13500-TTG    Doc 14    Filed 06/19/09    Entered 06/19/09 08:13:50    Page 2 of 2