Certificate Number: 11760-WAW-DE-007429138

Bankruptcy Case Number: 09-13500

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 19, 2009, at 2:49 o'clock PM PDT,

Ricky Foster completed a course on personal financial management given by internet by

123 Debtor, LLC,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: June 19, 2009     By     /s/Jennifer L Walter

Name     Jennifer L Walter

Title     Teacher