ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Thomas T. Glover
Chapter 7
Hearing Location: Marysville
Hearing Date: July 29, 2009
Hearing Time: 9:30 am
Response Date: July 22, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Ricky B Foster
Denise M Foster

Debtors.

No.: 09-13500-TTG

CERTIFICATE OF NO OBJECTIONS

The undersigned attorney for applicant, represents to the Court as follows:

1. That a copy of the Notice of Motion for Relief From Stay and Motion for Relief From Stay by JPMorgan Chase Bank, N.A. were mailed, first class postage pre-paid or served electronically, to each name and address as set forth in the previously filed certificate of mailing.

2. That no objections have been served upon the undersigned nor to the best of my knowledge have any objections been filed in the Office of the Clerk within the time set forth in the Notice.

3. That the applicant herein is entitled to the relief requested and the motion filed herein should be approved.

4. A proposed order granting the motion is lodged herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 23rd day of July, 2009.

/s/ Aaron Masser
Aaron Masser, WSBA# 32692
Attorney for Creditor

Order Granting Relief From Stay
Page - 0

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131